# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIF KHORSHED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GINA MARIE LINDSEY, et al.,<br><br>　　　　Defendants. | Case No. CV 14-2655 MRW<br><br>JUDGMENT |

It is the judgment of this Court that the motion to dismiss the Second Amended Complaint is granted without leave to amend.

Date: January 15, 2015

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　HON. MICHAEL R. WILNER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE